AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM SPARKS,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO.  C2-11-0284**
**ZANESVILLE POLICE DEPT., et al.,**  **JUDGE EDMUND A. SARGUS, JR.**
                                        **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the ORDER filed August 23, 2011, JUDGMENT is hereby entered DISMISSING this case for failure to prosecute.**

Date: August 23, 2011                        JAMES BONINI, CLERK

                                                                   */S/ Andy F. Quisumbing*
                                                                   (By) Andy F. Quisumbing
                                                                   Courtroom Deputy Clerk